COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
SCOTT M. McLEOD (SBN 242035)
  smcleod@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Tarantinos, Inc. and MacMarin, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TARANTINOS, INC., and MACMARIN, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONSECO LIFE INSURANCE COMPANY, JOHN S. LEIPSIC, INC.; and DOES ONE through TEN, <br><br> Defendants. | CASE NO. CV 09 1974 SBA <br><br> **STIPULATION AND ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT** <br><br> Trial Date:   None set |

WHEREAS this matter, which seeks reinstatement of life insurance policies, has been settled in principle,

WHEREAS the parties so informed the Court and on September 17, 2009, this Court issued an order dismissing the case with prejudice, but providing that "In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 45 days of this order", (Docket No. 35, the "Order")

WHEREAS the forty-five days provided in the Order during which a motion to reopen the case may be filed will expire on November 1, 2009,

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

625406.1                                           1                                       CV 09 1974 SBA
STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT

WHEREAS the parties remain agreed in principle, but the parties are still evaluating issues concerning the payment of premiums that must be determined before a formal settlement agreement can be signed, and

WHEREAS, the parties believe that they will require an additional thirty (30) days to reach a final, formal settlement,

THEREFORE the parties stipulate and request the Court to issue an order extending the forty-five (45) day period to request reinstatement in compliance with the Order an additional thirty (30) days until December 1, 2009.

DATED: October ___, 2009                BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ Jason A. Waters
Jason A. Walters
Attorneys for Conseco Insurance Company.

DATED: October ___, 2009                COOPER, WHITE & COOPER LLP

By: /s/ Stephen Kaus
Stephen Kaus
Attorneys for Tarantinos, Inc. and MacMarin, Inc.

So ordered,

DATED: October_26, 2009                 _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

625406.1                                2                           CV 09 1974 SBA
Stipulation and Proposed Order extending Deadline to Finalize Settlement