| | |
|---|---|
| 1 | COOPER, WHITE & COOPER LLP |
| | STEPHEN KAUS (SBN 57454) |
| 2 | skaus@cwclaw.com |
| | SCOTT M. McLEOD (SBN 242035) |
| 3 | smcleod@cwclaw.com |
| | 201 California Street, 17th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 433-1900 |
| 5 | Facsimile: (415) 433-5530 |
| 6 | Attorneys for Tarantinos, Inc. and MacMarin, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TARANTINOS, INC., and MACMARIN, INC., | CASE NO. CV 09 1974 SBA |
| Plaintiffs, | **SECOND STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT** |
| vs. | |
| CONSECO LIFE INSURANCE COMPANY, JOHN S. LEIPSIC, INC.; and DOES ONE through TEN, | |
| Defendants. | Trial Date:    None set |

WHEREAS this matter, which seeks reinstatement of life insurance policies, has been settled in principle,

WHEREAS the parties so informed the Court and on September 17, 2009, this Court issued an order dismissing the case with prejudice, but providing that "In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 45 days of this order", (Docket No. 35, the "Order")

WHEREAS the forty-five days provided in the Order during which a motion to reopen the case may be filed would have expired on November 1, 2009,

WHEREAS the parties previously stipulated and the Court issued an order extending the

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

626807.1                                         1                                      CV 09 1974 SBA
SECOND STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT

forty-five (45) day period to request reinstatement in compliance with the Order an additional thirty (30) days until December 1, 2009, (Docket No. 37)

WHEREAS the parties remain agreed in principle, but the parties are still evaluating issues concerning the payment of premiums that must be determined before a formal settlement agreement can be signed, and

WHEREAS, the parties believe that they will require an additional thirty (30) days to reach a final, formal settlement,

THEREFORE the parties stipulate and request the Court to issue an order extending the period to request reinstatement in compliance with the Order an additional thirty (30) days until December 31, 2009.

DATED:  November 25, 2009          BRADLEY ARANT BOULT CUMMINGS LLP

                                   By:  /s/ Jason A. Waters
                                        Jason A. Walters
                                        Attorneys for Conseco Insurance Company.

DATED:  November 25, 2009          COOPER, WHITE & COOPER LLP

                                   By:  /s/ Stephen Kaus
                                        Stephen Kaus
                                        Attorneys for Tarantinos, Inc. and MacMarin, Inc.

So ordered,

          NOVEMBER 30, 2009
DATED:  ~~October XX, 2009~~          _____
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

626807.1                            2                              CV 09 1974 SBA
SECOND STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FINALIZE SETTLEMENT